HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
879 W. 190th Street, Suite 400
Gardena, CA 90248
Telephone: (310) 769-6836

Attorney for Defendant
TOBI TOBIN CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SANTOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TOBI TOBIN CORPORATION,<br>a California corporation,<br><br>Defendant. | Case No. 2:23-cv-01246-MEMF-RAO<br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TOBI TOBIN CORPORATION PURSUANT TO FRCP41(a)(1)(A)(ii)** |

Pursuant to FRCP 41(a)(1)(A)(ii), IT IS STIPULATED by and between Plaintiff Maria Santos and Defendant Tobi Tobin Corporation that Plaintiff's action may be dismissed with prejudice as to Defendant and each party is to bear her/its own attorneys' fees and costs.

Respectfully submitted,

Dated: September 23, 2024          LAW OFFICES OF ALBERT CHANG

                                   BY:  /s/ Hyunsuk Albert Chang
                                        Hyunsuk Albert Chang
                                        Attorney for Defendant Tobi Tobin
                                        Corporation

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT**

1

2   Dated: September 23, 2024					THE SANTA CLARITA LAW FIRM

3								BY:	/s/ Michael T. Harrison
4									Michael T. Harrison
									Attorney for Plaintiff Maria Santos
5

6
	Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed
7
above, on whose behalf this stipulation is submitted, concur in the filing's content and
8
have authorized the filing.
9

10  Respectfully submitted,

11  Dated: September 23, 2024					LAW OFFICES OF ALBERT CHANG

12
								BY:	/s/ Hyunsuk Albert Chang
13									Hyunsuk Albert Chang
									Attorney for Defendant Tobi Tobin
14									Corporation
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT**